[No. 8131–4–I. Division One. December 22, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. GENE
L. MATHIESEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–1–00287–3, Thomas G. McCrea, J., entered October 10, 1979. *Dismissed* by unpublished opinion per Durham, J., concurred in by James, A.C.J., and Andersen, J.

[No. 7775–9–I. Division One. December 22, 1980.]

VIRGINIA STEPHENS, *Appellant,* v. H. E.
ROSENBERG, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 840547, James J. Dore, J., entered June 6, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James, A.C.J., and Dore, J.